*EViclentriary Hearing*

AO 241 (Rev. 09/17)

FILED
6-6-22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| **United States District Court** | District: *Middle* | |
|---|---|---|
| Name (under which you were convicted): *EVidentiary Hearing MARio DYBEll Goodhigh* | | Docket or Case No.: *F1423894* |
| Place of Confinement: *Florida State PRison* | Prisoner No.: *M28779* | |
| Petitioner (include the name under which you were convicted) *MARio Goodhigh* | v. | Respondent (authorized person having custody of petitioner) *DEPARtMENt of CORREC-tioNS, State of Florida* |
| The Attorney General of the State of: *Florida* | | |

*3:22-cv-628-BJD-MCR*

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    *Miami DADE County Criminal Court*

    (b) Criminal docket or case number (if you know): *F1423894*

2.  (a) Date of the judgment of conviction (if you know): *M28779*

    (b) Date of sentencing: *July 29, 2015-*

3.  Length of sentence: *10 YEARS*

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
    *UNOCCUPIED bURGlARY*
    *GRAND theft*

6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty            ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty                ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *both CHARGES*

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: *Third DISTRICT COURT of APPEAL*

(b) Docket or case number (if you know): *3D15-1796*

(c) Result: *DENIED*

(d) Date of result (if you know): *October 26, 2016.*

(e) Citation to the case (if you know): *N/A*

(f) Grounds raised: *DENIGRATING DEFENSE PREJUDICIAL photograph*

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: I JUST WROTE COURTS About MY WRONgfully CONVICTION

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: MiAMi DADE County CRiMiNAL COURT

(2) Docket or case number (if you know): F1423894/

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: WRONGful CONVICTION

(5) Grounds raised: I WROTE to the COURTS EXPlAINING to the COURTS that I NEVER COMMITTED ANY CRIME ALL I WAS doing WAS Riding MY bicycle Going homE to MY MOTHER AND I NEVER bURGlARIZED ANYthing I NEVER hAd ANYthing IN MY POSSESSiou

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    ☐ Yes    ☑ No

(7) Result: _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): *NO*

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: *MIAMI DADE County CRIMINAL COURT*

(2) Docket or case number (if you know): *F1423894*

(3) Date of filing (if you know): *NO*

(4) Nature of the proceeding: *ACTUAL INNOCENCE*

(5) Grounds raised: *OCTOBER 22, 2014. I WAS CHARGED WITH AN UNOCCUPIED BURGLARY AND GRAND THEFT. STATE DIDN'T PRESENT ANY EVIDENCE OF AN BURGLARY AND GRAND THEFT.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☒ Yes   ☐ No

(2) Second petition:   ☐ Yes   ☐ No

(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** NEWLY ~~DISCOVERED~~ ~~EVIDENCE~~ ~~~~ PRESENTED EVIDENCE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

OCTOBER 22, 2014, I WAS CHARGED WITH AN UNOCCUPIED BURGLARY AND GRAND THEFT BEFORE TRIAL PETITIONER NEVER HAD OR WENT TO AN EVIDENTIARY HEARING VIOLATED MY CONSTITUTION RIGHTS I WENT TO TRIAL AND LOST WITHOUT EVIDENCE

(b) If you did not exhaust your state remedies on Ground One, explain why: OFFENSES WHICH ARE LESSER OFFENSES THE STATUTORY ELEMENTS OF WHICH ARE SUBSUMED GREATER BECAUSE THE RESPONDENTS CONVICTIONS FOR FALSE IMPRISONMENT IT WASN'T NO CONNECTIONS TO AN BURGLARY OR GRAND THEFT

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes    ☒ No

      (2) If you did not raise this issue in your direct appeal, explain why: _____

      _____

      _____

(d) **Post-Conviction Proceedings:**

      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ❏ Yes    ☒ No

      (2) If your answer to Question (d)(1) is "Yes," state:

      Type of motion or petition: _____

      Name and location of the court where the motion or petition was filed: _____

      _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

      _____

      _____

      (3) Did you receive a hearing on your motion or petition?    ❏ Yes    ☒ No

      (4) Did you appeal from the denial of your motion or petition?    ❏ Yes    ☒ No

      (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes    ☒ No

      (6) If your answer to Question (d)(4) is "Yes," state:

      Name and location of the court where the appeal was filed: _____

      _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

      _____

      _____

      (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

      _____

      _____

      _____

      _____

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:** *Newly discovered Evidence Actual Innocence*

**(a)** Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I've Got found guilty of the charge of AN unoccupied burglary and grand theft city of Miami police officer Jose paz, public Defender neither state prosecutor never Gotten officer Jose Paz Depoes and he stepped on the stand and testified Against me and made AN false statement

**(b)** If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

**(c)    Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

**(d)    Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : STATE MISLEAD the JUMEBS AND TOOKEN OUT TRESSPASSING AND LEFT BURGLARY IN the INSTRUCTIONS

**GROUND THREE:** INEFFECTIVE ASSISTANCE OF COUNSEL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COUNSEL WAS INEFFECTIVE ASSISTANCE OF COUNSEL FOR FAILING TO CHALLENGE THE STATEMENT POLICE OFFICERS SAID THAT I HAD TOLD THEM THAT I WAS THE lookOUT WHY THE OTHER PERSON WAS COMMITTING THE ~~BURGLARY~~ BURGLARY AND GRANDtHEFT CRIME OF CEMEX CONSTRUCTION SITE.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *COUNSEl [Failed to CHALLENGE officer's (FAlSE Con thidicting. STATEMENTS,*

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** ~~⬛⬛⬛⬛⬛⬛⬛~~

NEWLY PRESENTED EVIDENCE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COUNSEL FAILED TO FILE AN MOTION
FOR SUPPRESS STATEMENTS FROM
POLICE OFFICERS TRIAL COUNSEL
RENDERED CONSTITUTIONALLY INEFFECTIVE
ASSISTANCE, IN FAILING TO INVESTI
GATE, IF DEPOSITIONS WAS TAKING
FROM OFFICER JOSE PAZ. And did STATE
ATTORNEY GET

(b) If you did not exhaust your state remedies on Ground Four, explain why:

them.

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☑ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☑ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☑ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     ☐ Yes     ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b)     Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     ☐ Yes     ☑ No     _NO_

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     ☐ Yes     ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _FRANK BOCANEGRA_

_____

(b) At arraignment and plea: _BOCANEGRA_

_____

(c) At trial: _FRANK BOCANEGRA /_
_MYLES BAUCHER_

(d) At sentencing: _FRANK BOCANEGRA /_
_MYLES BAUCHER_

(e) On appeal: _SHANNON HEMMENDINGER_

_____

(f) In any post-conviction proceeding: _NONE_

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _NONE_

_____

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☑ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

WHEREFORE ~~SAID~~ PETITIONER REQUESTS THAT THIS COURT GRANT RELIEF. ON NEWLY DIS COVERED EVIDENCE. I'M ASKING THIS COURTS TO GIVE ME THE RELIEF.

or any other relief to which petitioner may be entitled. I NEVER HAD AN HEARING COURTS CHECK COURTS RECORDS COURT DOCKETED WAS NEVER SET FOR A HEARING AND WASN'T NO ACTION WAS TAKEN.

WHEREFORE, PETITIONER REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _5/31-22_ (month, date, year).

Executed (signed) on _5-31-22_ (date).

_Mario Goodrich_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____